UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC., et al.,
                    Plaintiff(s),

    v.

YANGZE HU, et al.,
                    Defendant(s).

CASE NO. C25-2493-KKE

ORDER REFERRING SERVICE ISSUES
TO A MAGISTRATE JUDGE UNDER
GENERAL ORDER 03-23

This matter comes before the Court on Plaintiffs' *ex parte* motion for leave to file an over-length *ex parte* motion for alternative service. Dkt. No. 9. This is an Amazon counterfeit enforcement action subject to General Order 03-23. *See* Dkt. No. 3. Under the General Order, the Court may refer all service issues in Counterfeit Enforcement Actions to the Magistrate Judges designated in the General Order. W.D. Wash. Gen. Ord. 03-23 at 2. Accordingly, the Court REFERS Plaintiffs' motion for leave to file an over-length motion for alternative service (Dkt. No. 9), the anticipated service motion, and all other issues in this case related to service to a United States Magistrate Judge. Pursuant to General Order 03-23, the Clerk is DIRECTED to randomly assign one of the designated Magistrate Judges identified in the General Order.

Dated this 13th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER REFERRING SERVICE ISSUES TO A MAGISTRATE JUDGE UNDER GENERAL ORDER 03-23 - 1