UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC, *et al.*,

                Plaintiffs,

    v.

YANGZE HU, *et al.*,

                Defendants.

Case No. C25-2493-KKE-MLP

ORDER

This matter is before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and The Procter & Gamble Company (collectively, "Plaintiffs") for leave to file an over-length *ex parte* motion for alternative service (Mot. (dkt. # 9)), pursuant to Local Rules W.D. Wash. LCR 7(f). The Court, having considered Plaintiffs' Motion and finding good cause, GRANTS Plaintiffs leave to file a motion for alternative service not to exceed 2,500 words. The Clerk is directed to send copies of this order to Plaintiffs and to the Honorable Kymberly K. Evanson.

Dated this 13th day of March, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1